**IN THE UNITED STATED DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

061-76654

| | |
|---|---|
| ROSE SHUMELMAN, EXECUTRIX OF THE ESTATE OF SOLOMON SHUMELMAN | CIVIL ACTION |
| vs. | NO. |
| TRUMP TAJ MAHAL ASSOCIATES d/b/a TRUMP TAJ MAHAL | |

**NOTICE OF FILING NOTICE OF REMOVAL**
**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN**
**DISTRICT OF PENNSYLVANIA**

TO:    Edward F. Chacker, Esquire
       Gay, Chacker & Mitten, P.C.
       1731 Spring Garden Street
       Philadelphia, PA 19130

**PLEASE TAKE NOTICE** that Trump Taj Mahal Associates d/b/a Trump Taj Mahal, in

the matter of Rose Shumelman, Executrix of the Estate of Solomon Shumelman v. Trump Taj

Mahal Associates d/b/a Trump Taj Mahal, originally pending in the Court of Common Pleas in the

County of Philadelphia, Pennsylvania, under February Term 2006, No. 0634, files in the United

States District Court for the Eastern District of Pennsylvania, its Notice of Removal of said cause

to the Eastern District of Pennsylvania.  A copy of the Notice of Removal is attached hereto and

served herewith.

                              **MARKS, O'NEILL, O'BRIEN**
                              **& COURTNEY, P.C.**

                    By:_____
                              Patrick C. Lamb, Esquire
                              Attorney I.D. No.: 70817
                              1800 JFK Boulevard, Suite 1900
                              Philadelphia, Pa. 19103
                              215-564-6688
                              Attorney for Defendant

**IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

061-76654

| | |
|---|---|
| ROSE SHUMELMAN, EXECUTRIX OF THE ESTATE OF SOLOMON SHUMELMAN | CIVIL ACTION |
| vs. | |
| TRUMP TAJ MAHAL ASSOCIATES d/b/a TRUMP TAJ MAHAL | NO. |

## NOTICE OF REMOVAL

AND NOW, Defendant, Trump Taj Mahal Associates d/b/a Trump Taj Mahal, by and through its attorneys, MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C., hereby removes the above-captioned case to this Honorable Court and provides notice of same to counsel representing the Plaintiff.  In support of the removal, the Defendant avers as follows:

1.  This is an action filed and now pending in the Philadelphia Court of Common Pleas, February Term, 2006. No. 0634.

2.  A copy of Plaintiff's complaint is attached hereto as Exhibit "A".

3.  This action was instituted by complaint in the Court of Common Pleas of Philadelphia County on or about February 10, 2006 by Plaintiff filing a complaint at the above court term and number.

4.  This Notice of Removal is being filed within thirty (30) days after receipt by the Defendant of the initial pleading setting forth the claim for relief upon which this action is based in accordance with 28 U.S.C. §1446(b).

PH139465.1

5.   This is a civil suit and involves controversy between citizens of different states. Plaintiffs, upon information and belief, were at the time of the commencement of the above action citizens of the State of Pennsylvania.

6.   Defendant, Trump Taj Mahal Associates d/b/a Trump Taj Mahal, which conducts business at 1000 Boardwalk at Virginia Avenue in Atlantic City, is a New Jersey corporation with principal place of business in Atlantic City, New Jersey.

7.   As averred in Plaintiff's complaint, the damages claimed by Plaintiff are in excess of $50,000.00.

8.   Defendant alleges and avers upon information and belief that the amount in controversy is in excess of $75,000.00, exclusive of interests and costs.

9.   The above-described Civil Action is one in which this Honorable Court has original jurisdiction pursuant to Title 28 United States Code Section 1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy is in excess of $75,000.00, exclusive of interests and costs, and is accordingly one which may be removed to this Honorable Court by Notice pursuant to Title 28, United States Code, Section 1441.

10.   Promptly after filing this Notice of Removal in this Honorable Court, a copy of this Notice of Removal will be filed with the Court of Common Pleas of Philadelphia County, Commonwealth of Pennsylvania, in accordance with 28 United States Code, Section 1446(d).

11.   Copies of all process, pleadings and order served upon defendant as of the time of this removal are attached hereto in accordance with 28 United States Code, Section 1446(a).

12.   Defendant has contemporaneously with the filing of this Notice of Removal given written notice to Plaintiff's counsel.

**WHEREFORE**, Defendant respectfully requests that this action, currently docketed in

the Court of Common Pleas  of Philadelphia County be removed to the United States District

Court for the Eastern District of Pennsylvania.

**MARKS, O'NEILL, O'BRIEN
& COURTNEY, P.C.**

By:_____
       Patrick C. Lamb, Esquire
       Attorney I.D. No.: 70817
       1800 JFK Boulevard, Suite 1900
       Philadelphia, Pa. 19103
       215-564-6688
       Attorney for Defendant

PH139465.1

**IN THE UNITED STATED DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

061-76654

| | |
|---|---|
| ROSE SHUMELMAN, EXECUTRIX OF THE ESTATE OF SOLOMON SHUMELMAN<br><br>vs.<br><br>TRUMP TAJ MAHAL ASSOCIATES d/b/a TRUMP TAJ MAHAL | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br>CIVIL DIVISION<br><br>FEBRUARY TERM 2006, NO. 0634 |

**CERTIFICATE OF SERVICE**

I hereby certify that this      day of                    , **2006**, a true and correct copy of

the Defendant's Notice to Remove was served on all parties of record by first class mail, postage

prepaid.

**MARKS, O'NEILL, O'BRIEN**
**& COURTNEY, P.C.**

By:_____
        Patrick C. Lamb, Esquire
        Attorney for Defendant
        1800 JFK Boulevard, Suite 1900
        Philadelphia, Pa. 19103
        215-564-6688

PH139465.1

COMMONWEALTH OF PENNSYLVANIA        :
                                    :          SS
                                    :
                                    :
COUNTY OF PHILADELPHIA              :

## **AFFIDAVIT**

      Patrick C. Lamb, Esquire being duly sworn according to law deposes and says that the facts set forth in the foregoing Notice of Removal are true and correct to the best of his knowledge, information and belief.


                                                _____
                                                Patrick C. Lamb, Esquire


Sworn to and Subscribed
before me this        day   of
                         , 2006.


_____
Notary Public

**MARKS, O'NEILL, O'BRIEN**
**& COURTNEY, P.C.**                          **Attorney for Defendant**
**BY: PATRICK C. LAMB, ESQUIRE**
**IDENTIFICATION NO: 70817**
**1800 JFK BOULEVARD, SUITE 1900**
**PHILADELPHIA, PA 19103**
**215-564-6688**

| | |
|---|---|
| ROSE SHUMELMAN, EXECUTRIX OF THE ESTATE OF SOLOMON SHUMELMAN | COURT OF COMMON PLEAS PHILADELPHIA COUNTY CIVIL DIVISION |
| vs. | FEBRUARY TERM 2006, NO. 0634 |
| TRUMP TAJ MAHAL ASSOCIATES d/b/a TRUMP TAJ MAHAL | |

## PRAECIPE TO FILE NOTICE OF REMOVAL

**TO THE PROTHONOTARY:**

Please take notice that the above-captioned matter has been removed by Defendant to the

United States District Court for the Eastern District of Pennsylvania.  A time-stamped copy of the

Notice of Removal is attached hereto.

**MARKS, O'NEILL, O'BRIEN**
**& COURTNEY, P.C.**

By:_____
      Patrick C. Lamb, Esquire
      Attorney for Defendant

Dated:_____

PH139465.1